In the Matter of the Claim of JOHN W. RYCIAK, Respondent, v. EASTERN PRECISION RESISTOR et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.

ELMBAR ASSOCIATES, INC., Appellant, v. STATE OF NEW YORK, Respondent.— Motion granted to amend decision of this court dated November 16, 1961 and time extended to file and serve record and brief to December 29, 1961 and appeal placed at foot of January 1962 Term Calendar. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

H. B. A. REALTY CO., INC., Appellant, v. WENDELL H. MILLER, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

ADELE PACELLI et al., Respondents, v. ANTONETTE CASTANO et al., Appellants.— Motion for reargument denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Estate of GERTRUDE RANK, Also Known as GERTRUDE KERN and GERTRUDE KURANTOWSKI, Deceased.— Decision of August 1, 1961 (14 A D 2d 644) amended to read as follows: Order and decree reversed on the law and the facts, with costs to petitioner to abide the event of a will contest, if any, upon his objection to probate. The phrase "hearing directed" in the decision of August 1, 1961 was intended to refer to any hearing or hearings that as a matter of course would follow upon the petition for probate. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.